UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALI HAK,

          Plaintiff,

                                        Civil Action No. 12-CV-10879

v.

                                        HON. MARK A. GOLDSMITH

PRISONER HEALTH
SERVICES, et al.,

          Defendants.
_____/

### ORDER ADOPTING THE RECOMMENDATION CONTAINED IN THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED MAY 7, 2013 (DKT. 28) and DISMISSING DEFENDANT STEVENS SUA SPONTE

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Charles E. Binder, issued on May 7, 2013. In the R&R, the Magistrate Judge recommends the sua sponte dismissal of Defendant Rick Stevens.

The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right to further judicial review. See Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Smith v. Detroit Fed'n of Teachers, 829 F.2d 1370, 1373-1374 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); Cephas v. Nash, 328 F.3d 98, 1078 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Lardie v. Birkett, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the parts of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). There is some authority that a district court is required

to review the R&R for clear error, <u>see</u> Fed. R. Civ. P. 72 Advisory Committee Note

Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that

there is no clear error on the face of the record in order to accept the recommendation.").

Therefore, the Court has reviewed the R&R for clear error.  On the face of the record, the

Court finds no clear error and adopts the recommendation.

Accordingly, the claims against Defendant Rick Stevens are dismissed.

SO ORDERED.


Dated:  May 29, 2013                                       s/Mark A. Goldsmith
     Flint, Michigan                                    MARK A. GOLDSMITH
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2013.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager